IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:23-CV-64-BO-BM

MICHAEL NELSON, as representative for the estate of Kile H. Nelson, )
)
Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

Plaintiff, Michael Nelson as representative for the estate of Kile H Nelson, and Defendant, the United States of America, to dismiss this case;

It is hereby ORDERED that: This matter is DISMISSED WITHOUT PREJUDICE

So ORDERED THIS 16 day of June, 2023.

Terrence W. Boyle
UNITED STATES DISTRICT COURT JUDGE